# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1361**
**CA 11-02326**
PRESENT: CENTRA, J.P., FAHEY, SCONIERS, VALENTINO, AND MARTOCHE, JJ.

---

DR. JOHN CHONG-HWAN WEE, PLAINTIFF-APPELLANT,

V                                                            ORDER

NATIONAL GRID, JOHN J. WEISBECK,
DEFENDANTS-RESPONDENTS,
ET AL., DEFENDANTS.

---

JOHN CHONG-HWAN WEE, PLAINTIFF-APPELLANT PRO SE.

HISCOCK & BARCLAY, LLP, ROCHESTER (JENNIFER CASTALDO OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

---

Appeal from an order of the Supreme Court, Genesee County (Eric R. Adams, A.J.), entered September 16, 2011.  The order denied plaintiff's motion for reconsideration.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984).

Entered:  December 21, 2012                    Frances E. Cafarell
                                               Clerk of the Court